UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOY KELLY,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, JAMES STEINMEYER, and DOES 1-10,<br><br>                    Defendants. | Case No.:  20cv2206-LL-MDD<br><br>**ORDER GRANTING DEFENDANT STEINMEYER'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[ECF No. 32]** |

      On February 18, 2022, Defendant James Steinmeyer ("Deputy Steinmeyer") moved the Court for an order dismissing Plaintiff's claim against him for "unreasonable/unlawful entry into and search of private property" under the Fourth Amendment and 42 U.S.C. § 1983. *See* Compl. ¶¶ 17-34.  Plaintiff's opposition was due by March 11, 2022. *See* CivLR 7.1(e)(2). To date, Plaintiff has not filed an opposition.

      "Unless otherwise provided by rule or court order, a party opposing a motion, or other request for ruling by the Court must file a written opposition. If such party chooses not to oppose the motion, the party must file a written statement that the party does not oppose the motion or other request for ruling by the Court." CivLR 7.1(f)(3)(a). "If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2,

that failure may constitute a consent to the granting of a motion or other request for ruling by the Court." Accordingly, Deputy Steinmeyer's motion to partially dismiss Plaintiff's First Amended Complaint ("FAC") is **GRANTED**. The claim in Plaintiff's FAC against Deputy Steinmeyer for "unreasonable/unlawful entry into and search of private property" under the Fourth Amendment and 42 U.S.C. § 1983 is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

Dated:  March 23, 2022

_____
Honorable Linda Lopez
United States District Judge